# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 12-3551

Judd v. Secretary of State of Delaware, et al

(Del. D.C. No. 1-11-cv-00512)

# O R D E R

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: 10/3/2012

cc:

Attorney General Delaware
Mr. Keith Russell Judd

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.